

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**WILLIAM PATRICK EDWARDS,**

Defendant.
_____/

Case:2:11-cr-20108
Judge: Duggan, Patrick J.
MJ: Whalen, R. Steven
Filed: 03-01-2011 At 01:12 PM
INFO: USA V. WILLIAM PATRICK EDWARDS (KB)

VIOLATION: 29 U.S.C. § 439(a): Failure to Maintain Union Records

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
(29 U.S.C. § 439(a) – Failure to Maintain Union Records)

From on or about May, 2006 until on or about November, 2006, in the Eastern District of Michigan and elsewhere, the defendant **William Patrick Edwards,** while an officer, that is President of American Federation of State, County, and Municipal Employees Local 1820, a labor organization withing the meaning of 29 U.S.C. 402(n), did knowingly and willfully fail to maintain accurate records of lost time claims made by him and others resulting in him receiving $3,656.02 in

1

Union funds to which he was not entitled.

All in violation of Title 29, United States Code, Section 439(a)(2).

**BARBARA L. McQUADE**
United States Attorney

s/ ROSS MACKENZIE
**ROSS MACKENZIE**
Assistant United States Attorney
Chief, Complex Crimes Unit

s/ GRAHAM L. TEALL
**GRAHAM L. TEALL**
Assistant United States Attorney

Dated: March 1, 2011

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes       X☐ No | |

Case:2:11-cr-20108
Judge: Duggan, Patrick J.
MJ: Whalen, R. Steven
Filed: 03-01-2011 At 01:12 PM
INFO: USA V. WILLIAM PATRICK EDWARDS (KB)

Case Title: USA v.   William Patrick Edwards
County where offense occurred : Wayne

**Check One:**       ☐ Felony       ☒ Misdemeanor       ☐ Petty

____Indictment/__X__Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [ ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Attorney is the attorney of record for the above captioned case.

March 1, 2011
Date

Graham L. Teall
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
telephone:(313) 226-9118
facsimile: (313) 226-2873
e-mail:   Graham.teall@usdoj.gov

Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09